NEIL J. SALTZMAN, ESQ.
NEW YORK · ISRAEL

February 19th, 2012

The Honorable Paul A. Crotty
United Stated District Court
Southern District of New York
500 Pearl Street
New York, NY 10007



Re: 12cv8198 The A Star Group Inc. v. KPMG US et al.

Dear Judge Crotty,

    Further to my letter of February 14th, 2013, your Honor's endorsement of it dated February 15th, 2013, and Mr. Ovalles's clarification of earlier today, enclosed please find my motion to withdraw as counsel for Plaintiff filed under seal for in camera review.

    Thank you for your consideration.

Very truly yours,

Neil J. Saltzman, Esq.

CC:  Samantha Siva Kumaran
      CEO and President, The A Star Group Inc. (w/ enc.)

      Michael J. Hepworth
      Attorney for Defendant Manitoba Hydro (w/o enc.)

      Dan Goldman
      Attorney for Defendant KPMG (US) and (Canada) (w/o enc.)

2/1/2013

*[Handwritten endorsement by Judge Crotty:]* The motion to be returned un-granted in open Court on Thursday February 21, 20[13]. The complaint was dismissed sua sponte for failure to comply with rule 8. It is more than 300 pages with 1400 paragraphs. It is the polar opposite of the "short and plain statement of the claim" if the dismissal is without prejudice to filing an appropriate complaint. Plaintiff is a corporation and must appear by counsel. So ordered.

Paul A. Crotty
USDJ

*[Left margin:]* Called for by the rule

POB 299 · BRONX, NY · 10471
PHONE 718-696-8165 · FAX 212-658-9724