UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| THE A STAR GROUP, INC.,<br><br>　　　　　　　Plaintiff,<br><br>　　v.<br><br>MANITOBA HYDRO, PUBLIC UTILITIES BOARD, MANITOBA, KPMG LLP (CANADA), and KPMG LLP (US),<br><br>　　　　　　　Defendants. | Case No. 1:12-cv-8198 (PAC) |

**DEFENDANT PUBLIC UTILITIES BOARD OF MANITOBA'S OPPOSITION TO PLAINTIFF'S MOTION FOR CLARIFICATION, OR IN THE ALTERNATIVE RECONSIDERATION, OF THE COURT'S MARCH 1, 2013 ORDER**

　　　　　　　Pursuant to Local Rule 6.3, Public Utilities Board of Manitoba ("PUB") opposes Plaintiff The A Star Group LLC's ("Plaintiff") Motion for Clarification, or in the Alternative Reconsideration, of the Court's March 1, 2013 Order (the "Motion") [ECF No. 15], on the ground that it is unnecessary.  The Court's March 1, 2013 Order needs no clarification.  In addition, on February 28, 2013, the Court addressed the statute of limitations issue on the record, and Plaintiff's proposed form of order purports to change the Court's decision on that issue.

　　　　　　　In opposing the Motion, PUB does not waive and is expressly reserving any and all defenses relating to the Court's jurisdiction over PUB, as well as any other rights, claims, defenses or arguments.

Dated: March 28, 2013

          LEVINE LEE LLP

          By: /s/ *Kenneth E. Lee*
               Kenneth E. Lee
               Miriam L. Alinikoff
          570 Lexington Avenue, 7th Floor
          New York, New York 10022
          Tel.: (212) 223-4400
          Fax:  (212) 223-4425
          klee@levinelee.com

          *Attorneys for Defendant Public Utilities*
          *Board of Manitoba*